UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-20484

_____

UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

versus

RODOLFO TORRES-HERRERA, Also Known as
RODOLFO TORRES HERRERA,

                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H:00-CR-468-ALL)
_____

August 12, 2002

Before WIENER, EMILIO M. GARZA, and PARKER, Circuit Judges:

PER CURIAM:[*]

AFFIRMED.  See Fifth Circuit Rule 47.6.

---

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.